IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dobbey Sr, Russel Andre | Case Number: 05 B 11282 |
|---|---|---|
| | Dobbey, Doris Ann | Judge: Wedoff, Eugene R |
| | Printed: 6/3/08 | Filed: 3/28/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 17, 2008
Confirmed: May 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 43,200.00 |  |
| Secured: |  | 39,395.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,694.00 |
| Trustee Fee: |  | 2,110.40 |
| Other Funds: |  | 0.00 |
| Totals: | 43,200.00 | 43,200.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 1,694.00 | 1,694.00 |
| 2. | North Shore Holdings | Secured | 12,950.00 | 10,375.25 |
| 3. | CitiMortgage Inc | Secured | 26,674.54 | 21,676.19 |
| 4. | North Shore Holdings | Secured | 9,000.00 | 5,160.31 |
| 5. | RoundUp Funding LLC | Secured | 4,015.14 | 2,183.85 |
| 6. | T Mobile USA | Unsecured | 177.25 | 0.00 |
| 7. | Village of Calumet Park | Unsecured | 80.17 | 0.00 |
| 8. | Resurgence Financial LLC | Unsecured | 1,269.34 | 0.00 |
| 9. | Capital One | Unsecured | 454.11 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 420.00 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 821.11 | 0.00 |
| 12. | Capital One | Unsecured | 592.19 | 0.00 |
| 13. | Loan Express Company | Unsecured | 632.28 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 571.74 | 0.00 |
| 15. | Capital One | Unsecured | 301.63 | 0.00 |
| 16. | Verizon Wireless | Unsecured | 1,093.93 | 0.00 |
| 17. | University of Chicago Hospital | Unsecured |  | No Claim Filed |
| 18. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 60,747.43 | $ 41,089.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 128.00 |
| 3% | 144.00 |
| 5.5% | 792.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dobbey Sr, Russel Andre<br>Dobbey, Doris Ann<br>Printed: 6/3/08 | Case Number: 05 B 11282<br>Judge: Wedoff, Eugene R<br>Filed: 3/28/05 |

                    5%           239.99
                  4.8%         460.80
                  5.4%         345.60
                            _____
                          $ 2,110.40

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                  Marilyn O. Marshall, Trustee, by:

                                  _____